**FILED**
August 04, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: NM
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **PHH MORTGAGE CORPORATION,** <br> **Plaintiff,** <br> **v.** <br> **MARTHA A STOLOWSKI and SEAN M STOLOWSKI,** <br> **Defendants.** | § § § § § § § § § § | **NO. SA-25-CV-00533-OLG** |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court has considered United States Magistrate Judge Richard B. Farrer's Report and Recommendation (R&R), filed July 13, 2026, concerning Plaintiff's Motion for Default Judgment against Defendants. (*See* Dkt. No. 17.)

Objections to the R&R were due on or before July 21, 2026, and none have been filed. *See* FED. R. CIV. P. 72(b)(2) (providing that objections must be filed within 14 days after being served with a copy of the R&R). As such, the Court has reviewed the R&R for clear errors and finds none. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989); *cf.* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which an objection is made."). The Court therefore **ADOPTS** the Magistrate Judge's R&R (Dkt. No. 17) and, for the reasons set forth therein, Plaintiff's Motion for Default Judgment (Dkt. No. 14) is **GRANTED**.

A final default judgment in favor of Plaintiff shall issue in accordance with Rule 58.

The Clerk is directed to **CLOSE** this case upon entry of the judgment.

It is so **ORDERED**.

**SIGNED** on August 3, 2026.

ORLANDO L. GARCIA
United States District Judge